No. 531. HARRY O. PHILLIPS. *v.* PENNSYLVANIA RAILROAD COMPANY. October 23, 1922. Petition for a writ of certiorari to the Circuit Court of Appeals for the Seventh

Circuit denied. *Mr. John H. Kay, Mr. Charles W. Miller* and *Mr. Walter D. Corrigan* for petitioner. No appearance for respondent